IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00963-BNB

THOMAS JOHN BEYLIK, SR.,

Plaintiff,

v.

BILL RITTER, JR., Governor,
ARISTEDES W. ZAVARAS, Exec. Director,
ANTHONY A. DeCESARO, Grievance Officer,
MASINGAIL, A.C.C. Associate Warden,
RANDY LIND, Employee # 2258,
R. BEZONA,, Employee # 4795,
SGT. MATHIAS, A.C.C. Mailroom Employee, and
C/O J. WAGNER, A.C.C. Mailroom Employee,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 27 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Thomas John Beylik, Sr., is a prisoner in the custody of the Colorado Department of Corrections and is incarcerated at the Arrowhead Correctional Center in Cañon City, Colorado. Mr. Beylik initiated this action by filing a *pro se* Prisoner Complaint alleging that his constitutional rights are being violated. He asks for money damages and injunctive relief.

The Court must construe the Complaint liberally because Plaintiff is a *pro se* litigant. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See **Hall**, 935 F.2d at 1110. For the reasons stated below, Mr.

Beylik will be ordered to file an Amended Complaint and assert how each named party violated his constitutional rights.

Mr. Beylik must assert personal participation by each named defendant. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Beylik must name and show how each individual caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Although Mr. Beylik has asserted what Defendants J. Wagner and R. Bezona did to violate his constitutional rights, he has not asserted what the remaining named Defendants have done. Mr. Beylik will be directed to file an Amended Complaint that alleges how each named defendant personally participated in the asserted constitutional violation.

Mr. Beylik also is instructed that to state a claim in federal court, he must explain in his Amended Complaint what each defendant did to him, when the defendant did the action, how the action harmed him, and what specific legal right he believes the defendant violated. *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

The Court further notes that in the Letter Mr. Beylik submitted to the Court along with his Complaint he states that he served the Complaint on Defendant Bill Ritter, Jr. Mr. Beylik further requests that the Court assist in the cost of any other service of process that is required. First, service of the Complaint on Defendant Ritter is premature. Second, Mr. Beylik's request for service of process is unnecessary and also premature. Accordingly, it is

ORDERED that Mr. Beylik file **within thirty days from the date of this Order** an Amended Complaint that is in keeping with the instant Order and names the proper parties to the action. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Beylik, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be used in submitting the Amended Complaint. It is

FURTHER ORDERED that if Mr. Beylik fails within the time allowed to file an Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the Court.

DATED May 27, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00963-BNB

Thomas John Beylik
Reg No. 127387
Arrowhead Correctional Center
P.O. Box 300
Cañon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 5/27/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk